UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

David Mowett [E−Filer],

                Plaintiff(s),

v.                                          Case No. 2:16−cv−12971−MAG−APP
                                                    Hon. Mark A. Goldsmith

City of Detroit, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Stanley Saunders

  The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                      DAVID J. WEAVER, CLERK OF COURT

                                                      By: s/ S. Schoenherr
                                                           Deputy Clerk

Dated:  January 13, 2020