UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MOWETT,

      Plaintiff,                          Case No. 16-12971

                                       HON. MARK A. GOLDSMITH

vs.

CITY OF DETROIT, et al.,

      Defendants.

_____/

**ORDER REQUIRING PLAINTIFF TO FILE HARD COPY RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY DEFENDANTS CITY OF DETROIT, SCOTT HALL & JENNIFER MAHON (Dkt. 23)**

      This Court ordered Plaintiff to file, by January 10, 2020, a response to the motion for partial summary judgment filed by Defendants City of Detroit, Scott Hall, and Jennifer Mahon (Dkt. 23), inasmuch as the response Plaintiff had purportedly filed on October 30, 2019 (Dkt. 25) was incomplete. See 1/3/20 Order at 2 (Dkt. 26). Apparently, Plaintiff attempted to do so on January 10, but the filing (Dkt. 28) was again incomplete. Accordingly, Plaintiff is ordered to file a paper copy of his response with the Clerk's office no later than noon on January 16, 2020. Failure to do so will result in the motion being decided without a response.

      SO ORDERED.

Dated: January 13, 2020                               s/Mark A. Goldsmith
      Detroit, Michigan                             MARK A. GOLDSMITH
                                                United States District Judge