UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MOWETT,

        Plaintiff,                                 Case No. 16-12971

                                                       HON. MARK A. GOLDSMITH

vs.

CITY OF DETROIT, et al.,

        Defendants.

_____/

## ORDER SETTING FORTH DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT

On January 3, 2020, the Court entered an order requiring Plaintiff David Mowett to show cause why the Court should not dismiss his claims against Defendant Stanley Saunders for failure to seek a default and default judgment, or otherwise prosecute his claims (Dkt. 26). On January 13, 2020, Mowett obtained a clerk's entry of default against Saunders (Dkt. 30). Unless Mowett files a motion seeking a default judgment against Saunders on or before January 21, 2020, the failure to do so will result in dismissal of Saunders from this lawsuit for failure to prosecute, pursuant to E.D. Mich. LR 41.2.

        SO ORDERED.

Dated: January 14, 2020                                         s/Mark A. Goldsmith
        Detroit, Michigan                                   MARK A. GOLDSMITH
                                                          United States District Judge