UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MOWETT,

       Plaintiff,                                    Case No. 16-12971

                                                  HON. MARK A. GOLDSMITH

vs.

CITY OF DETROIT, et al.,

       Defendants.
_____/

## **ORDER GRANTING DEFENDANT CITY OF DETROIT'S MOTION TO COMPEL (Dkt. 24)**

This matter is before the Court on Defendant City of Detroit's (the "City") motion to compel discovery responses, filed on October 26, 2019 (Dkt. 24). On January 3, 2020, the Court entered an order noting that Plaintiff David Mowett had failed to file a response to the City's motion and requiring that any response, if Mowett chose to oppose the motion, must be filed by January 10, 2020 (Dkt. 26). The order stated that failure to file a response would result in the motion being granted. Mowett has not filed a response.

Accordingly, the City's motion to compel is granted, and Mowett is ordered to provide full answers to interrogatories, signed under oath, and responses to the City's document requests, including copies of the documents requested, on or before January 21, 2020. No objections may be asserted, as they are deemed forfeited and/or waived due to the failure to serve timely objections. Failure to comply with the Court's order may result in sanctions, including fines, costs, attorney fees, and/or dismissal of this action.

      SO ORDERED.

Dated: January 14, 2020                                  s/Mark A. Goldsmith
   Detroit, Michigan                                    MARK A. GOLDSMITH
                                                                United States District Judge